UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81413-RLR

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | : |
| | : |
| **Plaintiff,** | : |
| | : |
| v. | : |
| | : |
| GLOBAL DIGITAL SOLUTIONS, INC., | : |
| RICHARD J. SULLIVAN, and | : |
| DAVID A. LOPPERT, | : |
| | : |
| **Defendants.** | : |
| | : |

ANSWER

Defendant Global Solutions, Inc., ("Global"), by and through its undersigned counsel, answers the numbered paragraphs of the Complaint as follows:

1.      To the extent that Plaintiff asserts that it brings this action to enjoin Global from "further violations of the anti-fraud and reporting provisions of the federal securities laws," Global denies that it has committed any such violations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

2.      To the extent that Plaintiff asserts that Global is responsible for publishing and posting misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

3.      To the extent that Plaintiff asserts that Global is responsible for publishing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global

1

lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

4.      To the extent that Plaintiff asserts that Global is responsible for publishing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

5.      To the extent that Plaintiff asserts that Global is responsible for publishing and filing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

6.      To the extent that Plaintiff asserts that Global is responsible for posting misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

7.      Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

8.      To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

9.      To the extent that Plaintiff asserts that Global is responsible for delinquent filings, Global denies the allegations. As to the remainder of the paragraph, Global admits the allegations.

10.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

11.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

12.     Global admits the allegations.

13.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. To the extent that Plaintiff asserts that Global's principal place of business was in the Southern District of Florida, Global admits the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

14.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

15.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

16.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

17.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

18.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

19.     To the extent that Plaintiff asserts that Global is responsible for publishing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global

lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

20.     To the extent that Plaintiff asserts that Global is responsible for publishing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

21.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

22.     To the extent that Plaintiff asserts that Global is responsible for publishing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

23.     To the extent that Plaintiff asserts that Global is responsible for improperly withholding information, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

24.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

25.     To the extent that Plaintiff asserts that Global is responsible for publishing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

26.     To the extent that Plaintiff asserts that Global is responsible for improperly failing to consummate a deal or deals and for improperly failing to publish information, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

27.     To the extent that Plaintiff asserts that Global is responsible for publishing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

28.     To the extent that Plaintiff asserts that Global is responsible for publishing and filing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

29.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

30.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

31.     To the extent that Plaintiff asserts that Global is responsible for filing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

32.     To the extent that Plaintiff asserts that Global is responsible for publishing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global

lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

33.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

34.     To the extent that Plaintiff asserts that Global is responsible for publishing and filing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

35.     To the extent that Plaintiff asserts that Global is responsible for filing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

36.     To the extent that Plaintiff asserts that Global is responsible for posting misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

37.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

38.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

39.     To the extent that Plaintiff asserts that Global is responsible for filing misrepresentations, Global denies the allegations. As to the remainder of the paragraph, Global

lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

40.     Global repeats its answers in ¶¶ 1 - 39.

41.     To the extent that Plaintiff asserts that Global is responsible for untrue statements of material facts and material omissions, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

42.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

43.     Global repeats its answers in ¶¶ 1 - 42.

44.     To the extent that Plaintiff asserts that Global is responsible for untrue statements of material facts and material omissions, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

45.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

46.     Global repeats its answers in ¶¶ 1 - 39.

47.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. As to the remainder of the paragraph, Global lacks

sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

48.     Global repeats its answers in ¶¶ 1 - 39.

49.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations.

50.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations.

51.     Global repeats its answers in ¶¶ 1 - 39.

52.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

53.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

54.     Global repeats its answers in ¶¶ 1 - 39.

55.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

56.     Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

57.     Global repeats its answers in ¶¶ 1 - 39.

58.     This is a legal conclusion to which no answer is required.  If an answer is required of Global, it denies the allegations.

59.     To the extent that Plaintiff asserts that Global is responsible for failure to file required documents, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

60.     To the extent that Plaintiff asserts that Global is responsible for statutory violations, Global denies the allegations. As to the remainder of the paragraph, Global lacks sufficient information to form a belief regarding the truth or falsity of the allegations. If an answer is required of Global, it denies the allegations.

Dated:        New York, New York
              October 12, 2016

/s/ Joshua D. Brinen
Joshua D. Brinen
Florida Bar No. 0048014
BRINEN & ASSOCIATES, LLC
7 Dey Street, Suite 1503
New York, New York 10007
(212) 330-8151 (Telephone)
(212) 227-0201 (Fax)
jbrinen@brinenlaw.com
Attorneys for Defendant Global
Digital Solutions, Inc.

9