UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:16-cv-81413-RLR

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION,

        Plaintiff,

vs.

GLOBAL DIGITAL SOLUTIONS, INC., et al,

        Defendants,

BBVA COMPASS, etc.,

        Garnishee.
_____/

## ANSWER OF GARNISHEE AND DEMAND FOR GARNISHEE'S ATTORNEYS FEE

**COMES NOW** Garnishee, BBVA COMPASS, by and through its undersigned attorneys, and answers the Post-Judgment Writ of Garnishment Pursuant to 28 U.S.C. 3205 served herein on it and says:

1. At the time of the service of said Post-Judgment Writ of Garnishment and at the time of this Answer and at all times between such periods, Defendant, GLOBAL DIGITAL SOLUTIONS, INC. was not an employee of Garnishee.

2. At the time of the service of said Writ and at the time of this Answer, and at all times between such periods, the Garnishee was indebted to Defendant GLOBAL DIGITAL SOLUTIONS, INC. in the amount of $193.02 based on two bank accounts maintained with Garnishee, and Garnishee has already retained said sum of money pursuant to Chapter 77,

Florida Statutes and pursuant to the Post-Judgment Continuing Writ of Garnishment Pursuant to Rule 69 . Garnishee, having answered this Writ of Garnishment, has completed it's statutory obligation to withhold the funds on hand, and will not be monitoring the accounts for additional deposits nor retaining same.

3. That Garnishee has no other deposit, account or tangible or intangible personal property of the Defendants in its possession or control at the time of this Answer, and knows of no other person indebted to the Defendants or who may have any of the effects of the Defendants.

4. The Garnishee has no obligation to make, and has not made, a factual determination as to whether any property of the Defendants in its possession or control is subject to any exemption provided to the Defendants by State or Federal law.

5. The Garnishee has retained the law firm of Sapurstein & Bloch, P.A., to represent it in this matter and requests that it be paid its attorney's fees and costs as allowed by law.

SAPURSTEIN & BLOCH, P.A.

s/Bruce E. Bloch
BRUCE E. BLOCH
Florida Bar No. 650031
9700 South Dixie Highway, Suite 1000
Miami, Florida 33156
Tel. (305) 670-9500
Fax. (305) 670-6900
Primary: bbloch@sblawfirmfl.com
Secondary: general@sblawfirmfl.com

*Attorneys for Garnishee*

**DEMAND FOR GARNISHEE'S ATTORNEYS FEE**

Garnishee makes demand on Plaintiff and Plaintiff's counsel to pay the undersigned the $100.00 statutory garnishment fee in the above styled cause.

                    s/Bruce E. Bloch
                    BRUCE E. BLOCH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that copy hereof has been furnished by e-mail to: **Michael J. Roessner, Esq.**, RoessnerM@SEC.GOV, this 29 day of October, 2020.

                    s/Bruce E. Bloch
                    BRUCE E. BLOCH

N:/DOC/BBVA/ adv SEC v Global Digital - garn.answer.2